# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:

**Brave Marshall Communities, LP**

Debtors(s)

Case No. 08-36044-H3-7

United States District Court
Southern District of Texas
FILED

JUN 1 1 2014

David J. Bradley, Clerk of Court

## AMENDED APPLICATION FOR PAYMENT OF
## UNCLAIMED FUNDS AND CERTIFICATE OF SERVICE

1. I am making application to receive **$6,264.36** deposited as unclaimed funds on behalf of **Imperial Homes,** debtor in the above mentioned case.

2. Applicants are entitled to receive the requested funds, and I have made sufficient inquiry and have no knowledge that any other party may be entitled to, and am not aware of any dispute regarding the funds issued based upon the following:

☐ a. Applicant is the creditor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

**XXX** b. Applicant, Keys Research, is the Attorney-in-fact for Terrance Hartzell, sole owner of Imperial Homes, Inc. named in paragraph 1, with authority to receive such funds, or who is authorized by the attached Original Power of Attorney (Agent Authorization) to file this application on behalf of the Imperial Homes.

☐ c. Applicant is the assignee or successor-in-interest of the debtors named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if) a partnership) and a representative of the debtors named in paragraph 1.

**XXX** e. Applicant, Keys Research, is the representative of the creditor named in paragraph 1, as evidenced by the attached appropriate documents substantiating applicant's right to act on behalf of the creditor, Imperial Homes.

☐ f. None of the above apply. As evidenced by the attached documents, applicants is entitled to these unclaimed funds because:_____

_____

_____

3.	I understand that pursuant to 18 U.S.C. §152, I could be fined no more than $5,000 or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.	I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: June 5, 2014

_____
Charlene J. Keys dba Keys Research
Attorney-in-Fact
Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Subscribed and sworn before me this 5th day of June, 2014

_____
Notary Public
State of Washington, County of King

My commission expires  9/9/17

*********************************************************************************************************

Attachments:	1. Agent Authorization
		2. Copy of Picture ID
		3. Tax ID Number
		4. Secretary of State filings
		5. Articles of Incorporation

## Certificate of Service

I certify that on June 5, 2014, a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

_____
Charlene J. Keys dba Keys Research

US Attorney
POB 61129
Houston TX 77208

US Trustee
515 Rusk Avenue #3516
Houston TX 77002

Other: _____
_____
_____