

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISON

ENTERED
07/10/2014

In Re:

**Bravo Mashall Communities, LP**

Case No. 08-36044-H3-7

Debtors(s) §

#151

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the application of **Imperial Homes** seeking payment of **$6,264.36** representing funds previously unclaimed by:

Imperial Homes
45 Queen Mary Court
Sugar Land, TX 77479

Creditor in the above-entitled case and it appearing from the application and supporting documentation that Imperial Homes is entitled to the unclaimed funds, it is

**ORDERED** that the Clerk pay $6,264.36 to the following:

Imperial Homes, Inc.
c/o Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Signed this _____ day of _____ JUL 1 0 2014, 2014

United States Bankruptcy Judge

